UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE


FILED

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:19-CR- 167 |
| ) | JUDGE Jordan |
| ROBBIE ENGLISH; ) | TO BE SEALED |
| JERRY WAYNE EFFLER; ) | |
| JOSHUA TYLER HAMPTON; ) | |
| ROBERT GENE EDWARDS JR., ) | |
|   also known as SHOWTIME; ) | |
| MICHAEL CHAD DUNCAN, ) | |
| JASON BEECHARD WOODY; ) | |
| RENE BOND; ) | |
| STEPHANIE SHELTON GENTRY, and ) | |
| COREY MCINTURFF ) | |

## MOTION TO SEAL

Comes now, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, the United States requests that this case be placed under seal and remain sealed until all defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court orders otherwise. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or United States Marshals for purposes of arrest or apprehension of the named defendant.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ *Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney
BPR: 011110
220 West Depot Street, Ste. 423
Greeneville, TN 37743
robert.reeves@usdoj.gov
423/639-6759