

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) 2:19-CR- 167 |
| ROBBIE ENGLISH; | ) JUDGE Jordan |
| JERRY WAYNE EFFLER; | ) TO BE SEALED |
| JOSHUA TYLER HAMPTON; | ) |
| ROBERT GENE EDWARDS JR., | ) |
|   also known as SHOWTIME; | ) |
| MICHAEL CHAD DUNCAN, | ) |
| JASON BEECHARD WOODY; | ) |
| RENE BOND; | ) |
| STEPHANIE SHELTON GENTRY, and | ) |
| COREY MCINTURFF | ) |

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the court file for this case is hereby placed under seal. The file shall remain sealed until all defendants have made an initial appearance before the court, at which time the file shall be unsealed unless the court orders otherwise. This sealing order does not prevent disclosure of the indictment to duly authorized law enforcement officers or United States Marshals for purposes of arrest or apprehension of the named defendant.

SO ORDERED:

CYNTHIA RICHARDSON WYRICK
U.S. Magistrate Judge