

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBBIE ENGLISH; | ) |
| JERRY WAYNE EFFLER; | ) 2:19-CR-167 |
| JOSHUA TYLER HAMPTON; | ) JUDGE Jordan |
| ROBERT GENE EDWARDS JR., | ) |
|    also known as SHOWTIME; | ) |
| MICHAEL CHAD DUNCAN, | ) TO BE SEALED |
| JASON BEECHARD WOODY; | ) |
| RENE BOND; | ) |
| STEPHANIE SHELTON GENTRY; and | ) |
| COREY MCINTURFF | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 1, 2018, and continuing to on or about July 31, 2019, within the Eastern District of Tennessee and elsewhere, the defendants, ROBBIE ENGLISH; JERRY WAYNE EFFLER; JOSHUA TYLER HAMPTON; ROBERT GENE EDWARDS JR., also known as SHOWTIME; MICHAEL CHAD DUNCAN; JASON BEECHARD WOODY; RENE BOND; STEPHANIE SHELTON GENTRY, and COREY MCINTURFF, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree to commit the following offense against the United States of America: the distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee, the defendant, ROBBIE ENGLISH, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT THREE

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee, the defendant, JERRY WAYNE EFFLER, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FOUR

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee, the defendant, JOSHUA TYLER HAMPTON, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FIVE

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee, the defendant, RENE BOND, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A), and *Pinkerton v. United States*, 328 U.S. 640 (1946)(*Pinkerton* liability)]

## COUNT SIX

The Grand Jury further charges that that on or about February 22, 2019, in the Eastern District of Tennessee, the defendant, JERRY WAYNE EFFLER, in connection with the acquisition of a firearm, that is a Del-Ton AR-15 Rifle, from Buffalo Mountain Outdoors, a licensed dealer of firearms located within the Eastern District of Tennessee, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Buffalo Mountain Outdoors, which statement was intended and likely to deceive Buffalo Mountain Outdoors as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual purchaser of the firearm on Form 4473, when in fact, he was purchasing the firearm for, and with money provided by Joshua Eugene Love, a convicted felon.

[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

COUNT SEVEN

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee and elsewhere, the defendant, ROBBIE ENGLISH, did knowingly transfer a firearm, knowing that the firearm would be used in a drug trafficking crime, that is, the conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).

[Title 18, United States Code, Section 924(h)]

COUNT EIGHT

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee and elsewhere, the defendant, JERRY WAYNE EFFLER, did knowingly transfer a firearm, knowing that the firearm would be used in a drug trafficking crime, that is, the conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).

[Title 18, United States Code, Section 924(h)]

COUNT NINE

The Grand Jury further charges between September 1, 2018, and July 31, 2019, within the Eastern District of Tennessee and elsewhere, the defendant, JOSHUA TYLER HAMPTON, did knowingly transfer a firearm, knowing that the firearm would be used in a drug trafficking crime, that is, the conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).

[Title 18, United States Code, Section 924(h)]

TRUE BILL:

[REDACTED]

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: *Robert Reeves* (signature)

ROBERT M. REEVES
Assistant U.S. Attorney