CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

19-167 BRE

Defendant Names:  Robbie English; Jerry Wayne Effler; Joshua Tyler Hampton; Robert Gene Edwards Jr., also known as Showtime; Michael Chad Duncan; Jason Beechard Woody; Rene Bond; Stephanie Shelton Gentry; Corey McInturff

Place of Offense (City & County):  Johnson City, Washington County, Erwin, Unicoi County

Juvenile:  Yes ____  No x____     Matter to be Sealed:  Yes  x  No ____

Interpreter:  No  x  Yes ____     Language: _____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ____ )  x ____ Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute methamphetamine (21 USC § 846) | 1 |
| | Possession of a firearm in furtherance of a drug trafficking offense (18 USC § 924(c)(1)(A)) | 1,2,3,4,5, |
| | False statement on Form 4473 (18 USC § 922(a)(6)) | 6 |
| | Knowing Transfer of a Firearm for Use in a Drug Trafficking Crime, (18 U.S.C. § 924(h)) | 7, 8, 9 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____  before Judge _____

Criminal Complaint Filed:  No ____ Yes ____    Case No. _____

Defendant on Supervised Release:  Yes ____  No ____

Violation Warrant Issued?  No ____  Yes ____   Case No. _____

Related Case(s):

2:19-cr-127   Tim S. Moore   Same conspiracy
Case Number   Defendant's attorney   How related

**Criminal Informations:**

Pending criminal case:    No  Yes   Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____   Appointed: _____

Date: 10/8/2019    Signature of AUSA: /s/ Robert Reeves
                                        ROBERT M. REEVES