```
                    IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

                     CRIMINAL MINUTES:  INITIAL APPEARANCE

USA v   JERRY WAYNE EFFLER, et al

Case No 2:19-CR-167      Date OCTOBER 16, 2019 Time 11:42 – 12:47
          Hon. CYNTHIA RICHARDSON WYRICK, Magistrate Judge, Presiding

     JASON KEETON              DCR              ROBERT M. REEVES
     Deputy Clerk       Tape No/Court Reporter   Asst. U. S. Attorney
=================================================================
        DEFENDANTS                               ATTORNEY
MICHAEL CHAD DUNCAN (5)                        DUDLEY SENTER


PROCEEDINGS:            Arrest Date:  10/15/2019
```

Defendant sworn

Financial affidavit executed, Defendant found indigent

Counsel present and appointed;

Oral Motion by defense counsel for competency evaluation GRANTED

Defendant remanded to custody of U.S. Marshal

Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
2-19-CR-167_20191016_113555