UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CR-167 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHAD DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has requested and is financially qualified for court-appointed counsel. It is, therefore, ordered that L. Dudley Senter, III, Esq., a member in good standing of the CJA panel, is appointed to represent Defendant in all further proceedings in this action.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge