# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Chad Duncan | ) | Case No. 2:19-CR-167 SEALED |
| | ) | |
| | ) | RECEIVED BY: MAX |
| *Defendant* | ) | DATE: 10.7.2019  TIME: 3:00 |
| | | U.S. MARSHAL E/TN |
| | | GREENEVILLE, TN |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Chad Duncan ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute methamphetamine (21 USC § 846)

Date: 10/08/2019

*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK

City and state:   Greeneville, Tennessee

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 10/15/19
at *(city and state)* _____.

Date: 10/16/19

Ben Caldwell signing for ATF Frank Rogers
*Arresting officer's signature*

*Printed name and title*