UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ROBBIE ENGLISH; | ) | |
| JERRY WAYNE EFFLER; | ) | No.: 2:19-CR-167 |
| JOSHUA TYLER HAMPTON; | ) | JUDGE JORDAN |
| ROBERT GENE EDWARDS JR., | ) | |
|    also known as SHOWTIME; | ) | |
| MICHAEL CHAD DUNCAN, | ) | |
| JASON BEECHARD WOODY; | ) | |
| RENE BOND; | ) | |
| STEPHANIE SHELTON GENTRY; and | ) | |
| COREY MCINTURFF | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to unseal the indictment and related documents in the above-styled case. Although three defendants still remain at large, these three defendants are undoubtedly aware of the warrants for their arrest. For this reason, this case should be unsealed.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By:    s/ *Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney
BPR: 011110
220 West Depot Street, Ste. 423
Greeneville, TN 37743
robert.reeves@usdoj.gov
423/639-6759