UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBBIE ENGLISH, et al., )<br>)<br>Defendant )<br>) | 2:19-CR-00167-RLJ |

**ORDER**

The United Stated filed a motion to unseal the indictment and related documents in the above-styled case [Doc. 33]. Although three of the defendants named in the indictment remain at large, the government asserts that these individuals are undoubtedly aware of the outstanding warrants for their arrest. Therefore, the government's motion is **GRANTED**.

It is therefore ordered that the indictment and related documents filed in this matter be unsealed.

SO ORDERED:

/s Cynthia Richardson Wyrick<br>
United States Magistrate Judge