UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL CHAD DUNCAN, )<br>)<br>Defendant. )<br>) | 2:19-CR-167 |

## **ORDER**

Defendant shall have a hearing to determine Defendant's competency to stand trial on **Monday, February 24, 2020 at 1:30 p.m.** before the undersigned at the United States Courthouse, 220 West Depot Street, Greeneville, Tennessee.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge