CRIMINAL MINUTES: *COMPETENCY HEARING*

USA vs **Michael Chad Duncan**　　Date: February 24, 2020

Case No. **2:19-CR-167**　　Time **1:45** to **1:55**

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Robert M. Reeves |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Michael Chad Duncan | L. Dudley Senter, III |

**PROCEEDINGS:**

RE: Sealed Document [Doc. 72]

☑ Opening statements by the Court

☑ Opening statements by defendant; ☑ government

☐ Witness(es) sworn; ☐ Rule of sequestration requested

☐ Oral argument by ☐ government; ☐ defendant

☐ Proof offered by government; ☐ defendant

☑ Closing statements by defendant; ☐ government

☑ Defendant remanded to custody of U.S. Marshal

☐ Defendant to remain on bond　☑ Defendant advised of charges, penalties, and rights
　　　　　　　　　　　　　　　　Copy of indictment provided to defendant by Clerk
　　　　　　　　　　　　　　　　Plea of not guilty to all charges

☑ Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-167_20200224_134731