UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CR-167 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHAD DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION

After Defendant's arraignment and competency hearing on **February 24, 2020**, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge