UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. 2:19-cr-167 |
| | ) | JUDGE WYRICK |
| MICHAEL CHAD DUNCAN | ) | |

## MOTION FOR DETENTION HEARING

COMES NOW the Defendant, Michael Chad Duncan, by and through counsel, and moves this Honorable Court to schedule a detention hearing and as grounds therefore states as follows:

1. On February 24, 2020, Mr. Duncan waived a detention hearing without prejudice. [Doc. 91]

2. Mr. Duncan wishes to now schedule a detention hearing.

3. This counsel, on behalf of Mr. Duncan, will fax and email a consent to appear by video as prescribed by the Court.

4. This counsel intends to call one witness, other than the Defendant, Mr. Duncan, by video or in person depending on the Court's preference.

WHEREFORE, Mr. Duncan respectfully requests this Honorable Court to schedule a detention hearing.

RESPECTFULLY SUBMITTED:

BY: s/ *Leroy Dudley Senter, III*
Leroy Dudley Senter, III
BPR No. 021932

The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6 Bristol, TN 37620
(423) 764-5255
(423) 764-5655 fax

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2020 a copy of the foregoing Notice of No Objections to the Presentence Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ *Leroy Dudley Senter, III*