UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:19-CR-167 |
| vs. | ) |
| MICHAEL CHAD DUNCAN, | ) |
| Defendant | ) |

**ORDER**

Defendant has filed a Motion for Bond [Doc. 119]. This motion is set for hearing by video conference pursuant to the CARES Act and Standing Order 20-08 on **Monday, April 27, 2020 at 2:00 p.m.** However, if Defendant is unwilling to waive his right to appear in person and participate by video (or by telephone if the facility does not have video capabilities), the Court will be required to move the hearing to a later date in light of the current COVID-19 pandemic. Should Defendant wish to appear in-person for the hearing, Defendant's counsel shall immediately notify the Court so that the matter may be rescheduled.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge