# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Michael Chad Duncan**  Date: April 27, 2020

Case No. **2:19-CR-167 (5)**  Time 2:05-2:40 to 3:00-3:35

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Robert M. Reeves |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Michael Chad Duncan via Video Conf. | L. Dudley Senter, III via Video Conf. |

**PROCEEDINGS:** RE: Motion for Bond doc. [199]

- [✓] Opening statements by the Court
- [✓] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Opening statements by counsel for [✓] defendant; [✓] government
- [ ] Agreement by government counsel to conditions of release
- [✓] Witness(es) sworn [ ] placed under rule
- [✓] Oral argument by [✓] government [✓] defendant
- [✓] Proof offered by [✓] government; [✓] defendant
- [✓] Closing statements by [✓] defendant; [✓] government
- [✓] Findings from the bench
- [ ] Defendant to be detained
- [✓] Defendant remanded to custody of U.S. Marshal
- [✓] Bond and conditions of pretrial release set
- [✓] Defendant advised of penalties for violations of pretrial release
- [✓] Defendant remanded to custody for out-processing/pending completion of conditions
- [✓] Order to enter  Hearing continued to

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr-2-19-CR-167(5)-20200427-140130