AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MIchael Chad Duncan

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-CR-167

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cynthia Richardson Wyrick | Robert M. Reeves | L. Dudley Senter, III |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/27/2020 | DCR | Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W | 4/27/2020 | x | x | Johnny Duncan |
|  | 1 | 4/27/2020 | x | x | Letter from doctor |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages