UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
V. ) No. 2:19-CR-167
)
Michael Chad Duncan )
)
DOB: xx/xx/1989 )
SSN: xxx-xx-2514 )
)

# O R D E R

**TO ALL PHYSICIANS, PSYCHIATRISTS, PSYCHOLOGISTS, AND ANY OTHER PERSON, FIRM OR CORPORATION RENDERING HEALTH CARE OR TREATMENT, INCLUDING MENTAL HEALTH CARE AND TREATMENT, TO DEFENDANT:**

There are criminal charges pending against the above defendant in the United States District Court for the Eastern District of Tennessee, Northeastern Division at Greeneville. Defendant has been released on certain conditions pending trial, as a result of which defendant is under the direct supervision of the United States Probation Office for the Eastern District of Tennessee. This Court, and the Probation Office, have information that defendant has received or is receiving medical or mental health treatment and counseling that is relevant to defendant's pretrial supervision.

In order for the Probation Officer to properly supervise the defendant, it is necessary that the Probation Officer be apprised

of defendant's current diagnoses, treatment, and medications. Defendant has executed an authorization for the release of all medical information (including psychological and psychiatric) to the Probation Officer, a copy of which is appended to this order. Therefore, any and all healthcare providers, including individuals and corporations, are hereby directed to release to the United States Probation Officer all current health care treatment reports and records concerning defendant. *See*, 45 C.F.R. Subtitle A § 164.512(e) and 42 C.F.R. Ch. 1, Subpart E, § 2.61, *et seq.*

After this order is scanned into the Court's electronic filing system, the Clerk shall provide to the Probation Officer the original of this Order, including the attached authorization. A photocopy of this Order shall be left with any applicable healthcare provider, which photocopy shall be as valid in all respects as the original.

The Probation Officer shall keep the defendant's treatment records and the information contained therein in the strictest confidence, in perpetuity, except as necessary to perform his/her statutorily-imposed duties to supervise the defendant appropriately while on pretrial release.

SO ORDERED:

_____
United States Magistrate Judge

IN RE:

UNITED STATES OF AMERICA )
V. ) No. 2:19-CR-167
 )
 )
DOB: xx/xx/1989 )
SSN: xxx-xx-2514 )
 )

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL INFORMATION

I hereby authorize all physicians, psychiatrists, psychologists, and any other healthcare providers to release to any Probation Officer for the United States District Court for the Eastern District of Tennessee copies of all records and other information regarding my physical and mental conditions and treatment, including, but not limited to, diagnoses, prognoses, and medication regimen. This authorization specifically encompasses, but is not limited to, information relating to testing and treatment for HIV, AIDS, mental health/psychiatric care, and alcohol and drug abuse counseling or treatment.

A photocopy of this authorization shall be as valid in all respects as the original which currently is on record in the office of the Clerk for the United States District Court for the Eastern District of Tennessee, at Greeneville.

This the 27 day of April ,2020 .

_____
Defendant

3