UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:19-CR-167 |
| vs. | ) ) ) | |
| ROBBIE ENGLISH, et al. | ) ) ) | |
| Defendants | ) ) | |

## ORDER

A scheduling conference will be held in this cause by teleconference on **Monday, June 29, 2020 at 10:15 a.m.** To participate, counsel should call 1-888-278-0296 and enter access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge