# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Initial Appearance on Pretrial Revocation Petition

USA vs **Michael Chad Duncan**　　Date: July 28, 2020

Case No. 2:19-CR-167　　Time 2:30 to 2:45

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | via Video Conf. Emily Swecker |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**　　　　　　　　　　　　　　　　　　　**DEFENSE ATTORNEY**

Michael Chad Duncan via Video Conf.　　　　L. Dudley Senter via Video

**PROCEEDINGS:**

✓ Defendant sworn
☐ Advised those participating by phone or video that they are not permitted to record or rebroadcast

✓ Defendant advised of charges, penalties and rights

✓ Motion of government for revocation of bond

☐ Revocation hearing waived

✓ Bond revocation hearing scheduled for **8/3/2020 at 4:00 p.m.** before the Hon. Cynthia Richardson Wyrick by video

✓ Defendant remanded to custody of US Marshal pending bond revocation hearing

☐ Defendant released on same bond

✓ Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-19-CR-167_20200728_142603