UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL CHAD DUNCAN, )<br>)<br>Defendant ) | 2:19-CR-167 |

**ORDER**

On July 28, 2020, the Court held a hearing on the Sealed Petition and Order [Doc. 162] seeking revocation of Defendant's pretrial release. The petition alleges that on April 27, 2020, Defendant was released on pretrial supervision and then completed the Comprehensive Community Services inpatient treatment program on May 28, 2020. On June 25, 2020, Defendant was cited by the Unicoi County Sheriff's Department for Failure to Yield/Stop. Defendant allegedly contacted the probation officer on July 13, 2020 to report failing a drug screen for Buprenorphine and admitted to receiving a Suboxone strip from an "old friend" named John (LNU by Defendant) on Saturday, July 11, 2020. The Petition further states that Defendant advised that he received a letter between July 6-10 advising that he was denied mental health and substance abuse treatment at Frontier Health but had not called to find out why he was denied services. Defendant allegedly stated that he had simply forgotten to tell the probation officer earlier. Also, according to the Petition, the officer ultimately learned that Defendant's letter was actually dated June 16, 2020.

On July 14, 2020, the probation officer allegedly received information from Investigator Matt Salts with the Unicoi County Sheriff's Department that Defendant's vehicle had been witnessed by law enforcement at the home of Bobby Lane, a known drug dealer and user. Investigator Salts also allegedly advised that when Defendant was cited on June 25, 2020, he had with him Donnie Lovette, was is a known drug dealer and user. It is further alleged that Defendant and Mr. Lovette had been drinking and had alcoholic beverages in the vehicle at the time. The Petition also states that during a consensual search of Defendant's vehicle, a bag was found in the backseat of the vehicle which contained identification for another known drug user, Carrie Whitson, including her social security card and her TN Department of Corrections card. Defendant allegedly advised officers that he and Ms. Whitson were dating and that she had been in the vehicle. The petition additionally alleges that Defendant failed to call the probation office for monthly check-ins in June and July 2020.

Defendant's counsel requested a hearing on the petition, and the United States requested time to prepare for the hearing. The Court **GRANTED** these requests and set the matter for **Monday, August 3, 2020 at 4:00 p.m.** Accordingly, Defendant shall remain in the custody of the U.S. Marshal pending his hearing.

SO ORDERED:

s/Cynthia Richardson Wyrick  
United States Magistrate Judge