UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBBIE ENGLISH; | )  No.: 2:19-CR-167 |
| JERRY WAYNE EFFLER; | ) |
| JOSHUA TYLER HAMPTON; | ) |
| ROBERT GENE EDWARDS JR., | ) |
|    also known as SHOWTIME; | ) |
| MICHAEL CHAD DUNCAN, | ) |
| JASON BEECHARD WOODY; | ) |
| RENE BOND; | ) |
| STEPHANIE SHELTON GENTRY; and | ) |
| COREY MCINTURFF | ) |

## MOTION TO SUBSTITUTE COUNSEL

Comes now, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and files this Motion to Substitute Counsel in this case. The United States requests that Assistant United States Attorney B. Todd Martin be substituted as counsel in this case, and Assistant United States Attorney Robert M. Reeves, who currently represents the United States in this case, be removed.

Respectfully submitted on July 30, 2020.

                                            J. DOUGLAS OVERBEY
                                            United States Attorney

By:   */s/ B. Todd Martin*
                                            B. TODD MARTIN
                                            Assistant U.S. Attorney
                                            220 West Depot Street, Ste. 423
                                            Greeneville, TN 37743
                                            423/639-6759