UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:19-CR-167 |
| vs. | ) ) | |
| ROBBIE ENGLISH, et al., | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

The United States has filed a Motion to Substitute Counsel [Doc. 166]. In its motion, the government moves to substitute Assistant United States Attorney B. Todd Martin as counsel and remove Assistant United States Attorney Robert M. Reeves. The motion is **GRANTED**. The Clerk of Court is **DIRECTED** to remove Mr. Reeves and substitute Mr. Martin as counsel of record in this case.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge