IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *SCHEDULING CONFERENCE*

USA vs __English et al__   Date: __July 28, 2020__

Case No. __2:19-CR-167__   Time __4:10__ to __4:20__

===========================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | B. Todd Martin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Robbie English (1) via Video | Douglas L. Payne via Video |
| *Robert Gene Edwards, Jr (4) | Corey B. Shipley via Video |
| *Michael Chad Duncan(5) | L. Dudley Senter via Telephone |

**PROCEEDINGS:**

☑ Dates selected for scheduling as follows:

Oral motion to continue outside of speedy trial deadline GRANTED

Jury Trial __10/20/2020 at 9:00 A.M.__
before the Honorable R. Leon Jordan in Knoxville

Estimated length of trial __3__ **DAYS**

Motion cut-off __8/28/20__

Response deadline __9/11/20__

Plea Bargain cut-off __10/6/2020__

☑ Order to enter:

*Defendant's presence not required

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-167_20200730_160732