# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *PRETRIAL RELEASE REVOCATION HEARING*

USA vs **Michael Chad Duncan**  Date: August 3, 2020

Case No. 2:19-CR-167  Time 4:35 to 5:15

===========================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | B. Todd Martin via Video |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Michael Chad Duncan  via Video | L. Dudley Senter via Video |

**PROCEEDINGS:**

- [✓] Opening statements by the Court
- [ ] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Opening statements by counsel for [✓] defendant; [✓] government
- [ ] Agreement by government counsel to conditions of release
- [✓] Witness(es) sworn [✓] placed under rule    Johnny Duncan and Kathy Hensely sworn
- [✓] Oral argument by [✓] government [✓] defendant
- [✓] Proof offered by [✓] government; [✓] defendant
- [✓] Closing statements by [✓] defendant; [✓] government
- [✓] Findings from the bench
- [✓] Defendant to be detained
- [✓] Defendant remanded to custody of U.S. Marshal
- [ ] Bond and conditions of pretrial release set
- [ ] Defendant advised of penalties for violations of pretrial release
- [ ] Defendant remanded to custody for out-processing/pending completion of conditions
- [✓] Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-19-CR-167_20200803_163936