PS 10
(12/06)

# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs Michael Chad Duncan          Docket No. 2:19-CR-00167-5

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | | |
| NAME OF DEFENDANT<br>Michael Chad Duncan | FBI#:KJPELM9T0<br>USM#: 54643-074 | SEX<br>Male | RACE<br>White | DOB<br>03/06/1989 |
| ADDRESS (STREET, CITY, STATE)<br>635 Vinton Avenue, Erwin, TN 37650<br>Contact Numbers: 423-330-4742 | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>United States District Court - Eastern District of Tennessee - Greeneville | | | | |
| CLERK<br>John L. Medearis | (BY) DEPUTY CLERK<br>*Leah Kinjry* | | DATE<br>7/24/20 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>7/24/2020 | DATE EXECUTED<br>7/28/2020 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS - GREENEVILLE, TN | | |
| NAME<br>PAUL GLASSMYER | (BY)<br>*Paul Glassmyer* | DATE<br>7/28/2020 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the "Eastern District of Tennessee;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

54643-074

2014-0724-1753-R