# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING AND SCHEDULING CONFERENCE*

USA vs **English et al**  Date: September 3, 2020

Case No. **2:19-CR-167**  Time 2:30 to 2:40

================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | Karen Bradley | B. Todd Martin via phone |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| *Robbie English (1) | Douglas Payne via phone |
| *Robert Gene Edwards (4) | Corey B. Shipley via phone |
| *Michael Chad Duncan (5) | **L. Dudley Senter, III |

**PROCEEDINGS:**   RE: Motion to Continue Doc.

✓ Dates selected for scheduling as follows:

Jury Trial **from 10/20/20 to 12/15/20**
before the Honorable R. Leon Jordan in Knoxville

Estimated length of trial 3 **DAYS**

Motion cut-off 10/23/20

Response deadline 11/6/20

Plea Bargain cut-off 12/1/2020

✓ Order to enter:

*Defendant's presence not required   **Did not participate