UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBBIE ENGLISH et al., )<br>)<br>Defendant. | 2:19-CR-167 |

**ORDER**

Defendant English filed a Motion to Continue Motion's Due Date [Doc. 181], averring that counsel needs additional time to file motions in the matter. During a hearing on the Motion, Defendant English orally moved to continue all deadlines and the trial of the cause. Counsel averred that the requested continuance was necessary to allow time to meet with Defendant who is incarcerated outside the district, to review evidence, and to prepare Defendant for trial which has been delayed by the ongoing COVID-19 pandemic. The United States did not oppose the motions nor did counsel for Defendants Edwards and Duncan.

Defendant English has shown good cause to grant the relief requested in the motion. Notwithstanding the exercise of due diligence, the COVID-19 pandemic has limited the opportunity for Defendant's counsel to meet with Defendant English to determine the need to file pretrial motions and to work with Defendant to prepare for trial. Defendant's Motion to Continue [Doc. 181] is **GRANTED**.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **December 15, 2020 at 9:00 a.m.** <br> **U.S. District Judge R. Leon Jordan** <br> **In Knoxville, TN** |
| Estimated length of trial | **3 days** |
| Defendant's Pretrial Motions Due: | **October 23, 2020** |
| Government's Responses Due: | **November 6, 2020** |
| Plea Deadline | **December 1, 2020** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If any Defendant and the United States enter into plea negotiations which prove successful, a fully executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge