IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:19-cr-167 |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL CHAD DUNCAN | ) | |

NOTICE

COMES NOW the Defendant, Michael Chad Duncan, by and through counsel, and gives

Notice to this Honorable Court his permission to appear by video.


RESPECTFULLY SUBMITTED:


BY: s/ Leroy Dudley Senter,III
Leroy Dudley Senter, III
BPR No. 021932

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020 a copy of the foregoing Notice of No Objections to the Presentence Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Leroy Dudley Senter, III