# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 2:19-cr-167-005　　　　　　　　　　　　　　　　Date: October 13, 2020

United States of America　vs.　Michael Chad Duncan

**PROCEEDINGS: Change of Plea via Zoom.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. Report and Recommendation to follow.

---

HONORABLE C. CLIFFORD SHIRLEY, JR. U.S. MAGISTRATE JUDGE PRESIDING

---

| Angela Archer | Kara Nagorny | Thomas McCauley |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Dudley Senter | | Karen Calhoun (phone) |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ☒ Plea Agreement doc #176 filed on 8/13/20
- ☒ Defendant is arraigned and specifically advised of his/her rights pursuant to Rule 11 F.R.C.P.
- ☒ Defendant moves to change plea ☒ granted ☐ denied
- ☒ Defendant waives reading of the Indictment/Information ☐ Indictment/Information read
- ☒ Defendant pleads guilty to **Count 1 of the Indictment**
- ☐ Government moves to dismiss the remaining count(s) as to this defendant at sentencing.
- ☒ Referred for Presentence Investigative Report.
- ☒ DATE SET: **Sentencing:** March 2, 2021 at 10:15 a.m. in Knoxville
  **Before U.S. District Judge Leon Jordan**

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

- ☐ Defendant to remain on bond
- ☒ Defendant remanded to custody of the U.S. Marshal

11:40 a.m.　to　12:20 p.m.