UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:19-CR-167 |
| | ) | |
| MICHAEL CHAD DUNCAN | ) | |

### NOTICE OF NO OBJECTION TO PRESENTENCE REPORT

Comes now the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and notifies the Court that the United States has no objections to the Presentence Investigation Report for defendant Michael Chad Duncan.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

_____
B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TN 37743
todd.martin2@usdoj.gov
423/639-6759