UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 2:19-CR-167 |
| | ) |
| MICHAEL CHAD DUNCAN | ) |

### U.S.S.G. § 3E1.1(b) MOTION

Comes the United States of America and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

_____
B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TN 37743
todd.martin2@usdoj.gov
423/639-6759