UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. 2:19-CR00167-005 |
| | ) | JUDGE JORDAN |
| MICHAEL CHAD DUNCAN | ) | |

## DEFENDANT'S NOTICE OF NO OBJECTIONS TO PRESENTENCE REPORT

COMES NOW the Defendant, MICHAEL CHAD DUNCAN, by Counsel and gives this notice and states:

After a full review of the Presentence Investigation Report dated January 22, 2021 with the Defendant, the Defendant has no objections to the Presentence Report.

RESPECTFULLY SUBMITTED:

BY: s/ *Leroy Dudley Senter, III*
Leroy Dudley Senter, III
BPR No. 021932
The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6 Bristol, TN 37620
(423) 764-5255 (423) 764-5655 fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021 a copy of the foregoing Notice of No Objections to the Presentence Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.
s/ Leroy Dudley Senter, III