UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:19-CR-167 |
| ) | |
| MICHAEL CHAD DUNCAN ) | |

# **O R D E R**

The sentencing hearing presently scheduled for June 8, 2021, is **RESET** to **Thursday, July 1, 2021, at 9:45 a.m.**, in person and in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge