UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:19-CR-167-5 |
| v. ) | JUDGE JORDAN |
| ) | |
| MICHAEL CHAD DUNCAN ) | |

MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW, the United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, and hereby moves to the Court to allow the United States' Sentencing Memorandum to be filed under seal in the above-captioned matter.

Respectfully submitted, this the 26th day of May, 2021.

FRANCIS M. HAMILTON III
Acting United States Attorney

By: _____
B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TN 37743
Todd.Martin2@usdoj.gov
423/639-6759