UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-167 |
| | ) |
| MICHAEL CHAD DUNCAN | ) |

**O R D E R**

The motion for leave to file under seal [doc. 299] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge