UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:19CR00167-005 |
| | ) | JUDGE JORDAN |
| MICHAEL CHAD DUNCAN | ) | |
| | ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW, the Defendant, by counsel, and moves this Honorable Court to allow the Defendant's Sentencing Memorandum to be filed under seal in the above-captioned matter due to the document containing sensitive medical and personal information.

RESPECTFULLY SUBMITTED:

Michael Chad Duncan

/s/ *L. Dudley Senter, III*
L. Dudley Senter, III, Esquire
THE SENTER LAW FIRM, pc
713 Volunteer Parkway, Suite 7
Bristol, Tennessee 37620
423.764.5255
423.764.5655 fax
B.P.R. No.:021932
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that June 16, 2021, a copy of the foregoing Memo was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ L. Dudley Senter, III  
L. Dudley Senter, III, Esquire
