# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE

Case #: 2:19-cr-167-005								Date: July 1, 2021

### United States of America     vs.     Michael Chad Duncan

**PROCEEDINGS: Sentencing.** Neither party had objections to the Presentence Investigative Report.

HONORABLE R. LEON JORDAN, UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Kara Nagorny | Tom McCauley |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |
| Dudley Senter | | Joe Thomas |
| **Attorney for Defendant** | | **Probation Officer** |

☒    Defendant allocutes
☒    Government's Motion for Acceptance of Responsibility    ☒ granted    ☐ denied

**JUDGMENT OF THE COURT:**
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 63 months as to Count 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

**COURT RECOMMENDATIONS:**
The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. Additionally, the court further recommends the defendant undergo a complete physical and mental health evaluation and receive appropriate treatment while serving his term of imprisonment. It is further recommended the defendant participate in educational classes and vocational training to learn a trade or marketable skills while incarcerated. Lastly, the court recommends the defendant be designated to the BOP facility in Butner, NC.

☒    Special assessment: $100.00        ☐    Restitution: $
☐    Defendant remains released pending designation
☒    Defendant remanded to custody

| 10:16 a.m. | to | 10:38 a.m. |
|---|---|---|