UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 2:19-CR-167-5
) JUDGE CORKER
MICHAEL CHAD DUNCAN )

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for the United States. I certify that

I am admitted to practice in this Court.

Respectfully submitted, this the 11th day of February, 2026.

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY

By: */s/ AnCharlene D. Davis*
AnCharlene D. Davis
Special Assistant United States Attorney
220 West Depot Street, Suite 423
Greeneville, TN 37743
(423) 639-6759
Email: AnCharlene.Davis@usdoj.gov

Page **1** of **1**