U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Greeneville
Date: 02/11/2026                    Courtroom: 300 - Greeneville

Initial Appearance: ☐Complaint ☐Indictment ☐SSI ☐Information ☑Violation Petition
                    ☐Rule 5
Other Hearing: ☐Arraignment ☐Arraignment on SSI

**Case No. 2:19-cr-167**                **USA v. Michael Chad Duncan**

Present Before: HONORABLE Cynthia Richardson Wyrick                U.S. Magistrate Judge

**Tom McCauley**                **Leslev Tiller**                **Pam Higgins**
Assistant U.S. Attorney         Attorney for Defendant          US Probation Officer
                                ☑Appt. ☐Retd. ☐Ltd. App.
Amanda Gunter                   DCR
Courtroom Deputy                Court Reporter / Digital Recording    Interpreter
                                                                ☑SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed          Court Appointed: ☑Federal Defender or ☐CJA Attorney
☐ Deft. retained an attorney            ☐Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information        ☐Indictment/Information Read
☐ Deft. pleads not guilty on counts _____    ☐Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination        ☐Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety      ☐Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: _____          Final Pretrial Conf.: _____
Detn Hrg: _____            Preliminary Examination: _____
Arraignment: _____         Motion Hrg: _____
Status Conf: _____         Other Hrg: _____
Revocation Hrg: **03/12/2026 at 9:00 am with Judge Corker** _____

**DEADLINES SET**:
Discovery Ddl: _____        Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____       Response Ddl: _____
Plea Ddl: _____             Other: _____

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter _____, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: dcr 2-19-cr167 20260211 134300 _____    Court time: 1:43____ to 1:47____