UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,  )
                           )
                           )
        Plaintiff,         )
                           )
                           )
    vs.                    )                **2:19-CR-167**
                           )
                           )
MICHAEL CHAD DUNCAN,       )
                           )
                           )
        Defendant.         )
                           )

## **ORDER**

On February 11, 2026, the Court held Defendant's initial appearance on the petition for revocation filed in this cause [Doc. 425] based upon Defendant's alleged violation of his conditions of release. Defendant waived formal reading of the petition and acknowledged that he understood what he was accused of doing wrong and the penalties he faced. The Court then advised Defendant of his right to a preliminary hearing on the allegations contained in the petition pursuant to Fed. R. Crim. P. 32.1(b)(1), and a detention hearing pursuant to Fed. R. Crim. P. 32.1(a)(6). Defendant waived his right to a preliminary hearing and waived his right to a detention hearing at this time, while reserving the right to request one later.

Defendant shall remain in the custody of the U.S. Marshal pending his detention hearing, and his revocation hearing will take place on **March 12, 2026, at 9:00 a.m.**, before the Honorable Clifton L. Corker, United States District Judge. Any agreed order of revocation the parties wish to submit for the District Court's consideration must be provided to the District Court on or before **March 5, 2026**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge