# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00167-DCLC-CRW |
| | ) | |
| MICHAEL CHAD DUNCAN | ) | |

## MOTION TO CONTINUE
## <u>SUPERVISED RELEASE REVOCATION HEARING</u>

Michael Chad Duncan moves the Court for a 30-day continuance of the revocation hearing set for March 12, 2026, at 9:00 a.m. In support of this motion, counsel shows that progress is being made towards a resolution of the revocation matter without the need for a hearing. However, more time is needed for defense counsel to discuss a proposed resolution with Mr. Duncan, which will also require investigation into and screening for inpatient treatment. Mr. Duncan's remote detention in Laurel County Correctional Center, London, Kentucky, must also be considered and coordinated with defense counsel's calendar and other obligations. Counsel anticipates this matter will resolve by submission of a proposed agreed order for the Court's consideration. A continuance of at least 30 days will allow sufficient time for these purposes. Counsel has conferred with USPO Pam Higgins and AUSA AnCharlene Davis and neither have an objection to the request for a continuance.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:   s/ *Lesley A. Tiller*
       Lesley A. Tiller
       TN BPR No. 029161
       Federal Defender Services
       219 West Depot Street, Suite 2
       Greeneville, TN  37743
       (423) 636-1301
       Lesley_Tiller@fd.org