UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. )
)           2:19-CR-00167-DCLC-CRW
)
MICHAEL CHAD DUNCAN )
)
)

**ORDER**

This matter is before the Court on Defendant's motion to continue the revocation hearing currently set for March 12, 2026 [Doc. 435]. Defense counsel notes that a 30-day continuance is necessary to work towards a resolution and discuss with Defendant. The United States does not object to a continuance. Defendant's motion is **GRANTED**, and the revocation hearing is **RESET** for Thursday, April 16, 2026, at 9:00 a.m.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge