Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S. MARSHAL SERVICE
JAN 22 '26 PM3:37

U.S.A. vs.   Michael Chad Duncan          Docket No. 2:19CR00167-005

## TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
| **Michael Chad Duncan** | Male | White | 36 | 54643-074 |
| ADDRESS (STREET, CITY, STATE)  635 Vinton Avenue Erwin, Tennessee 37650 423-609-0658 | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) United States District Court Eastern District of Tennessee at Greeneville | | | | |
| CLERK LeAnna R. Wilson | (BY) DEPUTY CLERK *Leah Kingery* | | DATE 1/21/2026 | |

| RETURN | | | | |
|---|---|---|---|---|
| Warrant received and executed | DATE RECEIVED | | DATE EXECUTED 2/11/26 | |
| EXECUTING AGENCY (NAME AND ADDRESS) Erwin PD | | | | |
| NAME *K P* | (BY) *K Bostic* | | DATE 2/11/26 | |

54643074
10994542
2674-0122-0560-D

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."