**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00167-DCLC-CRW |
| | ) | |
| MICHAEL CHAD DUNCAN | ) | |

**DEFENDANT'S SECOND MOTION TO CONTINUE**
**SUPERVISED RELEASE REVOCATION HEARING**

Michael Chad Duncan moves the Court for a 30-day continuance of the revocation hearing set for April 16, 2026, at 9:00 a.m. This is the defendant's second motion to continue the hearing date. In support of this motion, counsel asserts that the parties have a framework for a within-guideline-range resolution to present for the Court's consideration; however, there are logistics that still need to be worked out regarding obtaining a 30-day supply of Mr. Duncan's prescription medication prior to his entry into the inpatient drug rehabilitation program. The parties are checking into whether it would be feasible for Mr. Duncan to go straight from jail to a rehabilitation placement given that he must enter the rehabilitation program with a 30-day supply of prescription medication. USPO Higgins and defense counsel are checking into various options to see if arrangements can be made for him to have the necessary medication upon entry into Magnolia Ridge or whether they will have to ask Magnolia Ridge to adjust his bed-date to enable him to go to his doctor's office and a pharmacy prior to beginning the treatment program.

Counsel anticipates this matter will resolve by submission of a proposed agreed order for the Court's consideration. However, an additional continuance of 30 days is requested to allow sufficient time for the parties to work out the above-mentioned logistical concerns. Neither USPO Pam Higgins and AUSA AnCharlene Davis have an objection to the request for an additional continuance.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:    s/ *Lesley A. Tiller*
        Lesley A. Tiller
        TN BPR No. 029161
        Federal Defender Services
        219 West Depot Street, Suite 2
        Greeneville, TN  37743
        (423) 636-1301
        Lesley_Tiller@fd.org