UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. )
) 2:19-CR-00167-DCLC-CRW
)
MICHAEL CHAD DUNCAN )
)
)

**ORDER**

This matter is before the Court on Defendant's motion to continue the revocation hearing currently set for April 16, 2026 [Doc. 440]. Defendant requests a 30-day continuance to finalize details regarding a potential resolution. The United States does not object to a continuance. Defendant's motion is **GRANTED**, and the revocation hearing is **RESET** for Thursday, May 21, 2026, at 9:00 a.m.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge